Scottlynn J Hubbard IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
(530) 895-3252
(530) 894-8244 fax

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL, <br><br> PLAINTIFF(S) <br> v. <br> GALILEO SAN DIMAS, LP, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> 2:16-cv-00122 MWF(JCx) <br><br><br> **SUMMONS** |

TO: DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Scottlynn J Hubbard IV_, whose address is _Disabled Advocacy Group, APLC  12 Williamsburg Lane, Chico, CA  95926_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 01/07/2016     By: Robert R. Nadres
                          Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*