```
1   SCOTTLYNN J HUBBARD, IV, SBN 212970
2   DISABLED ADVOCACY GROUP, APLC
    12 WILLIAMSBURG LANE
3   CHICO, CA 95926
    (530) 895-3252
4
5   Attorney for Plaintiff
```

THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| Martin Vogel, | No. CV16-00122 MWF (JCx) |
|---|---|
| Plaintiff, | |
| vs. | **PROOF OF SERVICE AS TO DEFENDANT GALILEO SAN DIMAS, LP** |
| Galileo San Dimas, LP, | |
| Defendants. | |

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>SCOTTLYNN J. HUBBARD IV | SBN: 212970<br>DISABLED ADVOCACY GROUP, APLC<br>12 WILLIAMSBURG LANE CHICO, CA 95926<br>TELEPHONE NO.: (530) 895-3252 | FAX NO. (530) 894-8244 | E-MAIL ADDRESS *(Optional)*: Heather@hubslaw.com<br>ATTORNEY FOR *(Name)*: PLAINTIFF: | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>STREET ADDRESS: 312 N. SPRING ST. #G-8<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012<br>BRANCH NAME: CENTRAL DISTRICT | |
| PLAINTIFF: MARTIN VOGEL<br>DEFENDANT: GALILEO SAN DIMAS, LP | CASE NUMBER:<br>CV16-00122 MWF (JCx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ Cross-complaint
   f. ☑ other *(specify documents)*: NOTICE OF CERTIFICATION OF INTERESTED PARTIES; NOTICE OF ASSIGNMENTS TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM
3. a. Party served *(specify name of party as shown on documents served)*:
   **GALILEO SAN DIMAS, LP**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **NEW PLAN EXCEL REALTY TRUST - JIHANE JASMIN - AGENT FOR SERVICE - RECEPTIONIST**
   Age: 36    Weight: 180    Hair: BLACK    Sex: Female
   Height: 5'7    Race: AFRICAN AMERICAN

4. Address where the party was served: **450 Lexington Ave**
   **New York, NY 10163-9601**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 1/20/2016   (2) at *(time)*: 12:21 PM

   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*:   from *(city)*: ,   or ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/112283

| PETITIONER: MARTIN VOGEL | CASE NUMBER: |
|---|---|
| RESPONDENT: GALILEO SAN DIMAS, LP | CV16-00122 MWF (JCx) |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                            (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.
b. ☐ as the person sued under the fictitious name of *(specify):*
c. ☐ as occupant.
d. ☑ On behalf of *(specify):* **GALILEO SAN DIMAS, LP**
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)                      ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)                ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
    ☑ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)                        ☐ 415.46 (occupant)
                                                                           ☐ other:

7. **Person who served papers**
    a. Name: **RICARDO DELPRATT - JPL Process Service, LLC**
    b. Address: **PO Box 918 Midway City, CA 92655**
    c. Telephone number: **(866) 754-0520**
    d. **The fee** for service was:
    e. **I am:**
        (1) ☑ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☐ registered California process server:
            (i) ☐ owner     ☐ employee     ☐ independent contractor.
            (ii) Registration No.:
            (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **1/20/2016**

**JPL Process Service, LLC**
**PO Box 918**
**Midway City, CA 92655**
**(866) 754-0520**
**http://www.jplps.com/**

**RICARDO DELPRATT**                        ▶      *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)              (SIGNATURE)